422 A.2d 696

Commonwealth v. Hill, Appellant.

Submitted March 23, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN.

Judgment of sentence affirmed.